| AO 10<br>Rev. 1/2010 | **FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009** | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Rosen, Gerald E. | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>05/13/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>Room 730<br>U.S. Courthouse<br>231 West Lafayette<br>Detroit, MI 48226 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Board of Directors | Focus:Hope, Detroit, Michigan |
| 2.  Board of Advisors | George Washington University Law School, Washington, D.C. |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1995 | The Rutter Group - Publication Agreement dated November 1995. Royalties to be shared by authors in an amount to be determined upon publication. |
| 2. 1996 | The West Group - Publication Agreement dated January 1996. Royalties to be shared by authors in an amount to be determined upon publication. |
| 3. 2005 | The Rutter Group - Publication Agreement dated November 2005. Royalties to be shared by authors in an amount to be determined upon publication. |
| 4. 2007 | The Michigan Baseball Ventures, LLC - See Part VIII. Additional Information |

2010 MAY 21 A II: 49 RECEIVED FINANCIAL DISCLOSURE OFFICE

Rosen, Gerald E.

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/13/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 02/02/09 | Royalties from Federal Civil Procedure/Federal Employment - West Group | $10,000.00 |
| 2. 02/24/09 | Royalties from Michigan Practice Guide: Enforcing Judgements/Debts (Full Set) - West Group (8/08-1/09) | $1.04 |
| 3. 03/19/09 | Royalties from California Practice Guide: Federal Employment Litigation - West Group (7/08-12/08) | $540.79 |
| 4. 03/24/09 | Royalties from Fed. Civil Trial & Evidence - West Group (7/08-12/08) | $1,763.83 |
| 5. 03/24/09 | Royalties from Fed. Employment Litigation - West Group (7/08-12/08) | $175.13 |
| 6. 03/24/09 | Royalties from Fed. Civil Trial & Evidence (California Edition) - West Group (7/08-12/08) | $3,165.35 |
| 7. 03/20/09 | Royalties from Michigan Practice Guide: Civil Trials & Evidence - West Group (8/08-1/09) | $102.90 |
| 8. 03/20/09 | Royalties from Michigan Practice Guide: Enforcing Judgments/Debts - West Group (8/08-1/09) | $15.90 |
| 9. 08/25/09 | Royalties from Michigan Practice Guide: Enforcing Judgments/Debts (Full Set) - West Group (2/09-7/09) | $1.01 |
| 10. 07/01/09 | Royalties from California Practice Guide - West Group (1/09-6/09) | $781.85 |
| 11. 09/23/09 | Royalties from Fed. Civil Trial & Evidence - West Group (1/09-6/09) | $10,019.33 |
| 12. 09/23/09 | Royalties from Fed. Employment Litigation - West Group (1/09-6/09) | $1,029.49 |
| 13. 09/23/09 | Royalties from Fed. Civil Trial & Evidence (California Edition) - West Group (1/09-6/09) | $3,520.72 |
| 14. 09/18/09 | Royalties from Michigan Practice Guide: Civil Trials & Evidence - West Group (2/09-7/09) | $228.55 |
| 15. 09/18/09 | Royalties from Michigan Practice Guide: Enforcing Judgments/Debts - West Group (2/09-7/09) | $14.63 |
| 16. 10/29/09 | Royalties from Federal Civil Procedure/Federal Employment - West Group | $5,000.00 |
| 17. 5/09-8/09 | Adjunct Professor at Cooley Law School - Compensation for Teaching Evidence - Trinity Term | $7,000.00 |
| 18. 1/09-5/09 | Adjunct Professor at Wayne State University Law School - Compensatoin for Teaching Evidence - Winter Session | $8,144.00 |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/13/2010 |

| | | |
|---|---|---|
| 19. 9/09-12/09 | Adjunct Professor at Wayne State University Law School - Compensatoin for Teaching Evidence - FallSession | $8,348.00 |
| 20. | | |

## B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS - *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA Committe on Law and National Security | April 24, 2009 | Washington DC | Seminar Speaker | Airfare, Taxi |
| 2. | The Rutter Group | June 3-5, 2009 | Seattle, Washington | Seminar Speaker | Airfare, Meals, Taxi, Meals, Mileage |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/13/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Marriott Vacation Club International | Mortgage on [ ] Time Share | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. National City Accounts - Detroit | A | Interest | K | T | | | | | |
| 2. IRA No. 1 | | | | | | | | | |
| 3. -Transacanada | A | Dividend | K | T | | | | | |
| 4. -Nestle's | A | Dividend | K | T | | | | | |
| 5. -Natural Resource Partners | A | Distribution | J | T | | | | | |
| 6. -Goldcorp Inc. | A | Dividend | | | Sold (part) | 09/09/09 | J | D | |
| 7. | | | | | Sold (part) | 09/24/09 | J | D | |
| 8. -Rogers Communication | A | Dividend | K | T | | | | | |
| 9. -Kinross Gold Corp | A | Dividend | | | Sold (part) | 09/09/09 | J | D | |
| 10. | | | | | Sold (part) | 09/24/09 | J | D | |
| 11. -MDU Resources Group | A | Dividend | J | T | | | | | |
| 12. -Group Danone | A | Dividend | | | Sold | 03/27/09 | J | A | |
| 13. -UBSPW Ret Money Fund | A | Dividend | | | Closed | 03/18/09 | J | | |
| 14. -Marshall & Isley Bank - Cash Equivalent | A | Dividend | L | T | Open | 03/18/09 | J | | |
| 15. IRA No. 2 | . | | | | | | | | |
| 16. -Forest Oil Corp | | None | J | T | | | | | |
| 17. -Shoppers Drug Mart Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Mariner Energy Inc | | None | J | T | | | | | |
| 19. -Foundation Coal Holdings | | None | | | Sold | 05/12/09 | J | | |
| 20. -Activision Inc. | | None | | | Sold | 10/28/09 | K | D | |
| 21. -Agrium Inc. | A | Dividend | | | Sold (part) | 09/24/09 | J | D | |
| 22. | | | | | Sold (part) | 10/28/09 | J | D | |
| 23. -Ensco International LTD Sponsored ADR | A | Dividend | J | T | | | | | |
| 24. -Costco Wholesale Corp | A | Dividend | J | T | | | | | |
| 25. -El Paso Electric Co. | | None | J | T | | | | | |
| 26. -Coca Cola FEMSA | A | Dividend | | | Sold | 05/05/09 | K | C | |
| 27. -Diageo | | None | | | Sold | 03/26/09 | J | | |
| 28. -Lockheed Martin | | None | | | Sold | 03/27/09 | J | | |
| 29. -Norfolk Sourthern | A | Dividend | | | Sold | 05/05/09 | J | | |
| 30. -Satyamn Computer | | | | | Sold | 03/26/09 | J | | |
| 31. -Controladora Comm'l UTS (X) | | None | | | Sold | 03/26/09 | J | | |
| 32. -UBSPW Ret Money FD | A | Dividend | | | Closed | 03/18/09 | J | | |
| 33. -Marshall & Isley Bank - Cash Equivalent | A | Dividend | M | T | Open | 03/18/09 | J | | |
| 34. Roth IRA No. 1 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost(Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -Eldorado Gold | | None | | | Sold | 09/09/09 | J | D | |
| 36. -Marshall & Isley Bank Deposit Program | A | Interest | J | T | Open | | | | |
| 37. Roth IRA No. 2 | | | | | | | | | |
| 38. -Eldorado Gold | | None | | | Sold | 09/09/09 | J | D | |
| 39. -Marshall & Isley Bank - Cash Equivalent | A | Interest | J | T | Open | | | | |
| 40. Brokerage Account No. 1 | | | | | | | | | |
| 41. -Raytheon | A | Dividend | J | T | | | | | |
| 42. -UBSPW Cash Fund | A | Dividend | | | Closed | | | | |
| 43. Custodial Account No. 1 | | | | | | | | | |
| 44. -Cisco Systems, Inc. | | None | J | T | | | | | |
| 45. -Intel Corp | A | Dividend | J | T | | | | | |
| 46. 529 Plan | | | | | | | | | |
| 47. -American Funds Capital World Growth & Inc 529C | A | Dividend | K | T | | | | | |
| 48. Trust No. 1 | | | | | | | | | |
| 49. -Haslett MI Public Schools | B | Interest | K | T | | | | | |
| 50. -Genesse City MI Bldg. | B | Interest | K | T | | | | | |
| 51. -Provident Energy Trust | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -RMA Money Fund | A | Dividend | | | Closed | 03/18/09 | J | | |
| 53.  -Marshall & Isley Bank - Cash Equivalent | A | Interest | J | T | Open | 03/18/09 | J | | |
| 54.  Trust No. 2 | | | | | | | | | |
| 55.  -Frontier Communications | A | Dividend | | | Sold | 10/28/09 | J | | |
| 56.  -Fomento Econ Mexicano SAB Sponsored ADR | A | Dividend | J | T | Sold (part) | 10/28/09 | J | D | |
| 57.  -National Grid PLC | A | Dividend | | | Sold | 03/26/09 | J | | |
| 58.  -Johnson & Johnson | A | Dividend | J | T | | | | | |
| 59.  -JP Morgan Chase | A | Dividend | | | Sold | 06/17/09 | J | | |
| 60.  -Lumber Liquidators | | None | | | Buy (add'l) | 04/17/09 | J | | |
| 61. | | | | | Sold (part) | 09/24/09 | J | C | |
| 62. | | | | | Sold (part) | 10/28/09 | J | C | |
| 63.  -Walt Disney | A | Dividend | J | T | | | | | |
| 64.  -RMA Money Market Portfolio (X) | A | Dividend | | | Closed | 03/18/09 | L | | |
| 65.  -Marshall & Isley Bank - Cash Equivalent | A | Int./Div. | M | T | Open | 03/18/09 | M | | |
| 66.  Trust No. 3 | | | | | | | | | |
| 67.  -RMA Money Fund | A | Dividend | | | Closed | 03/18/09 | J | | |
| 68.  -Marshall & Isley Bank - Cash Equivalent | A | Interest | J | T | Open | 03/18/09 | J | | |

| 1. Income Gain Codes | A =$1,000 or less | B -$1,001 - $2,500 | C -$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M -$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R -Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Michigan Baseball Ventures, LLC Partners | E | Distribution | K | V | | | | | |

1. Income Gain Codes    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F - $50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M -$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/13/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

1. Outside earned income shown in Part III A was computed in accordance with the guidance in Section 3(b) of the Regulations of the Judicial Conference of the United States Under Title VI of the Ethics Reform Act of 1989 Concerning Outside Earned Income, Honoraria and Outside Employment.

Section 3(b) states the following:

(b) "Outside earned income" means all wages, salaries, commissions, professional fees, and payments and compensation of any kind for services rendered or to be rendered by the covered senior employee, less the ordinary and necessary expenses paid or incurred in producing the income, provided, however, that the following shall not constitute earned income.

2. Part III. Agreements
    a.) Line 4 - To own interests in various minor league baseball franchises; net profits/losses are allocated with accordance with members' shares

3. Part VII. Investments and Trusts
    a.) Line 6 - Goldcorp Inc. holdings were completely liquidated in 2009 in two seperate sales, September 9, 2009 and September 24, 2009.
    b.) Line 9 - Kinross Gold Corp holdings were completely liquidated in 2009 in two seperate sales, September 9, 2009 and September 24, 2009.
    c.) Line 21 - Agrium, Inc. holdings were completely liquidated in 2009 in two seperate sales, September 24, 2009 and October 28, 2009.
    d.) Line 23 - On December 23, 2009 Ensco International Inc.'s parent company reorganized under from a Delaware Corporation to a United Kingdom corporation changing it's trading name to Ensco Int'l Ltd. Sponsored ADR.
    e.) Line 42 - UBSPW Cash Fund closed with a transaction involving less than $1.000.00
    f.) Line 56 - Fomento Economico changed it's name to Fomento Economica Mexicano, SAB Sponsored ADR on July 10, 2009.
    g.) Line 60 - Lumber Liquidators holdings were completely liquidated in 2009 in two seperate sales, September 24, 2009 and October 28, 2009.
    h.) Line 69 - Michigan Baseball Ventures, LLC - Value used is Tax Basis reported on Schedule K-1.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSII         S REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544